Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BYRON HANES BEAGLES,<br><br>　　　　　　Defendant. | DOCKET NO. 6:14-mj-042-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, Byron Hanes BEAGLES, was arrested May 2, 2014, in Yosemite National Park and charged with three counts in a criminal complaint: Count 1: driving under the influence of alcohol; Count 2: driving under the influence of alcohol with a BAC greater than 0.08%; and Count 3: failing to comply with a traffic control device. BEAGLES plead guilty June 3, 2014, to Count 2, and the other counts were dismissed. BEALGES was sentenced to the following: pay a $1,000 fine, complete DMV DUI course, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing was set for May 5, 2015, at 10:00 a.m. The Government alleges Byron Hanes BEAGLES has violated the following condition(s) of his unsupervised probation:

//

1

CHARGE ONE:    FAILURE TO PAY FINE

BEAGLES was ordered to pay a fine of $1,000. To date, BEAGLES has paid $0 of the fine.

CHARGE TWO:    FAILURE TO COMPLETE DMV COURSE

BEAGLES was ordered to attend and complete a DMV DUI course. To date, the Yosemite Legal Office has not received proof of completion.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Byron Hanes Beagles*, 6:14-mj-042-MJS, be left on calendar for May 5, 2015, at 10:00 a.m..

Dated: April 30, 2015                    By:  /s/ Matthew McNease
                                         Matthew McNease
                                         Acting Legal Officer
                                         Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Defendant to Appear at Yosemite District Courthouse on May 5, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 4, 2015                     /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE