Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYRON HANES BEAGLES,<br><br>　　　　　Defendant. | DOCKET NO. 6:14-mj-042-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S) AND REQUEST TO VACATE REVIEW HEARING; AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　　Defendant, Byron Hanes BEAGLES, was arrested May 2, 2014, in Yosemite National Park and charged with three counts in a criminal complaint: Count 1: driving under the influence of alcohol; Count 2: driving under the influence of alcohol with a BAC greater than 0.08%; and Count 3: failing to comply with a traffic control device. BEAGLES plead guilty June 3, 2014, to Count 2, and the other counts were dismissed. BEALGES was sentenced to the following: pay a $1,000 fine, complete DMV DUI course, 12 months of unsupervised probation, obey all laws, and to report new law violations.

　　　　On April 30, 2015 the Government filed a Notice of Probation Violation and on May 5, 2015, BEAGLES admitted the violation in charge two in that he had failed to

complete a DMV DUI course.  The Government withdrew the remaining charge.  The Court ordered BEAGLES to perform 25 hours of community service and extended probation to November 14, 2015.  The Government filed a Statement of Alleged Probation Violation(s) on September 29, 2015, alleging BEAGLES had failed to perform the community service.  A review hearing was scheduled for October 6, 2015 at 10:00 A.M.  The Government has subsequently been provided proof of community service.  The Government herewith withdraws its Allegation of Probation Violation in this matter and requests the currently scheduled Review Hearing be vacated.

Dated: October 1, 2015                    By: /s/ Susan St. Vincent
                                          Susan St. Vincent
                                          Legal Officer
                                          Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Statement of Alleged Probation Violation(s) is retracted, and the Review Hearing on October 6, 2015 at 10:00 A.M. is vacated.

IT IS SO ORDERED.

Dated:   October 5, 2015              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE